IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CV-56-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., )<br>M&M INDUSTRIAL PLUMBING, INC., )<br>)<br>Plaintiffs )<br>v. )<br>)<br>MAVCON SERVICES OF MI, LLC, )<br>and THE GUARANTEE COMPANY OF )<br>NORTH AMERICA, USA, )<br>)<br>Defendants. ) | **ORDER** |

On April 22, 2014, the defendants filed a joint motion to stay proceedings and proceed to arbitration [D.E. 16]. Plaintiff consents to the motion. The motion [D.E. 16] is GRANTED. The action is stayed until August 1, 2014.

SO ORDERED. This __2__ day of May 2014.

                                                          JAMES C. DEVER III
                                                          Chief United States District Judge